**ELBERT V. POPPELL and FREDDIE DAVIS v. THE STATE OF FLORIDA.**

14 So. (2nd) 903            June Term, 1943
July 27, 1943            En Banc
Rehearing Denied September 20, 1943.

*Davis, Davis & McClure, Walter S. Blanton* and *W. P. Chavous,* for appellants.

*J. Tom Watson,* Attorney General, *Woodrow M. Melvin* and *John C. Wynn,* Assistant Attorneys General, for appellee.

PER CURIAM:

Affirmed.

BUFORD, C. J., CHAPMAN, THOMAS, ADAMS and SEBRING, JJ., concur.

TERRELL and BROWN, JJ., dissent.